IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                )
                              )
        Plaintiff,             )
                              )
    v.                         )        1:22CV638
                              )
L.C. INDUSTRIES, et al.,      )
                              )
        Defendants.            )

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

/s/   Thomas D. Schroeder
United States District Judge

August 26, 2022